IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEREK BARR,

     Plaintiff,

v.                                                                                    No. 24-cv-807-SMD-JFR

STATE OF NEW MEXICO, *et al.*,

     Defendants.


**ORDER OF DISMISSAL**

This matter is before the Court following Plaintiff Derek Barr's failure to prosecute his Prisoner Civil Rights Complaint (Doc. 1) (Complaint).   Plaintiff filed his *pro se* Complaint while incarcerated at the Cibola County Correctional Center.   By an Order entered May 5, 2026, the Court noted the New Mexico Corrections Department inmate locator website reflects Plaintiff has been released.   (Doc. 10).   The Court further noted that Plaintiff has not provided a current address as required by D.N.M. LR-Civ. 83.6.   The Court directed Plaintiff to update his address in writing within thirty days.   The Order warns that the failure to timely comply may result in dismissal of this action without further notice.   *Id*.

The deadline to provide a new address was June 4, 2026.   Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order.   Accordingly, the Court will dismiss the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(b) "for failure to prosecute [and] comply with [civil rules and] court orders."   *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).   The Court notes that Plaintiff has been making automatic monthly payments as required

by the Court's Order Granting *In Forma Pauperis* Relief, Doc. 4.   If Plaintiff elects to refile his claims, he may ask to waive the filing fee based on these payments.

**IT IS THEREFORE ORDERED** that Plaintiff Derek Barr's Prisoner Civil Rights Complaint (**Doc. 1**) is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing this civil case.

                    _____

                    SARAH M. DAVENPORT
                    UNITED STATES DISTRICT JUDGE